**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

v.  CASE NO. 4:10cr6-RH/WCS

DUDLEY MAYARD,

      Defendant.

_____/

**ORDER AUTHORIZING DEPOSITIONS**

The government's motion to authorize depositions (document 24) is GRANTED. The parties may depose Herman Broder and Arnold Krivitzky.

SO ORDERED on April 12, 2010.

                                       s/Robert L. Hinkle
                                       United States District Judge