**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                            **CASE NO. 4:10cr6-RH**

**DUDLEY A. MAYARD,**                  **DOCKET NO. 4:10mj17-WCS**

     **Defendant.**
_____/

## O R D E R

The Defendant appeared before the undersigned today on a bond revocation hearing. After hearing argument, it is

**ORDERED** that the Defendant shall appear before Judge Hinkle on **April 15, 2010, beginning at 3:30 P.M.**, for a change of plea hearing. Until that appearance, Defendant will remain subject to the conditions of pretrial release.

**DONE AND ORDERED** on April 13, 2010.

                                            S/ William C. Sherrill, Jr.
                                            **WILLIAM C. SHERRILL, JR.
                                            UNITED STATES MAGISTRATE JUDGE**